**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.  Case No.3:06-cr-375-J-12MMH

**HECTOR MANUEL FLORES-TRIGUEROS**

---

**ACCEPTANCE OF GUILTY PLEA,
ADJUDICATION OF GUILT,
AND NOTICE OF SENTENCING**

The Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc.17), filed November 15, 2006, to which the parties have waived the ten (10) day objection period.  The plea of guilty of the Defendant to Count One of the Information is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense.

Sentencing is hereby scheduled for Wednesday, December 13, 2006, at 10:00 a.m. before the undersigned, in Courtroom 12A, Twelfth Floor, U.S. Courthouse, 300 North Hogan Street, Jacksonville, Florida.

Note: Defense counsel is directed to be in the courtroom 10-15 minutes prior to the sentencing hearing in order to meet with the interpreter and the Defendant.

**DONE AND ORDERED** this ___4th___ day of December 2006.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

Copies to:
AUSA (Talbot)                  Division Manager
AFPD (Bailey)
U.S. Probation                 U.S. Marshal
Davor Zidovec (Interpeter)